**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00959-CV

## IN THE INTEREST OF D.B.S., B.L.S., B.L.P., D.E.S., AND A.B.P., CHILDREN

### On Appeal from the 196th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 85179

### ORDER

Before the Court is the Texas Department of Family and Protective Services' February 22, 2021 second motion for extension of time to file its brief. The Department explains the extension is necessary due to the winter storms.

We **GRANT** the motion and **ORDER** the brief be filed no later than March 1, 2021.

/s/    CRAIG SMITH
       JUSTICE